

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Walter Rosales, et al.

**Civil Action No.**   23cv0908-AGS-JLB

**Plaintiff,**

**V.**

The Roman Catholic Bishop of San Diego, et al.

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiffs' motion to remand is DENIED.
2. Defendants' motions to dismiss are GRANTED, based on Rules 12(b)(7) and 19.
3. Defendants' sanctions motions are GRANTED in part, as set forth above.
4. Because the Court need not reach any other issues, the remaining motions are DENIED AS MOOT.

By March 30, 2024, the parties must meet and confer as to the total owing under this order. By April 29, 2024, the parties must file any motion seeking resolution of any dispute over any specific claimed fee. If any party timely appeals, the sanction portion of this order will be automatically stayed

**Date:**        2/29/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Simmons

J. Simmons, Deputy