UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ROSALES, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 23-cv-00908-AGS-JLB<br><br>**ORDER GRANTING CONDON-JOHNSON ASSOCIATES' MOTION FOR A JUDGMENT DEBTOR EXAM**<br><br>**[ECF No. 106]** |

On May 9, 2026, Defendant and Judgment Creditor Condon-Johnson Associates, Inc. filed a Motion for a Judgment Debtor Exam and Production of Documents from Judgment Debtor and plaintiff counsel Patrick Webb. (ECF No. 106.)  For the reasons set forth below, the Court **GRANTS** Judgment Creditor's motion.

## I.      BACKGROUND

In this matter, the District Judge entered an Amended Clerk's Judgment for compensatory sanctions payable, *inter alia*, to defendant Condon-Johnson Associates, Inc., by plaintiff's law firm, Webb and Carey, in the amount of $119,509. (ECF Nos. 39, 58 ("The Court holds plaintiffs, their attorney, and their attorney's firm jointly liable for paying the assessed penalty. Plaintiffs are sanctioned under the Court's inherent authority,

1

their attorney under all three bases for sanctions[1], and the firm under Rule 11.”), 59, 89, 96.)  The docket reflects no prior requests for debtor examinations in this matter.

## II.   **<u>DISCUSSION</u>**

**A.   Applicable Law**

Federal Rule of Civil Procedure 69 authorizes federal courts to enforce a money judgment by writ of execution.  Fed. R. Civ. P. 69(a)(1).  “The procedure on execution-- and in proceedings supplementary to and in aid of judgment or execution--must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.”  *Id*.  Accordingly, in ruling on Judgment Creditor’s motion, the Court follows California’s statutory provisions for the enforcement of judgments, known collectively as the Enforcement of Judgments Law, as set forth in California Code of Civil Procedure §§ 680.010 through 724.260.

Judgment debtor proceedings under California law “permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to discover property and apply it toward the satisfaction of the money judgment.”  *Imperial Bank v. Pim Elec., Inc.*, 39 Cal. Rptr. 2d 432, 437 (Ct. App. 1995).  Debtor examinations are intended “to allow the judgment creditor a wide scope of inquiry concerning property and business affairs of the judgment debtor,” *Hooser v. Superior Court*, 101 Cal. Rptr. 2d 341, 345 (Ct. App. 2000), *disapproved on other grounds by Williams v. Superior Court*, 3 Cal. 5th 531 (2017), and “to leave no stone unturned in the search for assets which might be used to satisfy the judgment,” *Troy v. Superior Court*, 231 Cal. Rptr. 108, 112 (Ct. App. 1986).

California Code of Civil Procedure § 708.110 provides:

(a) The judgment creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed

---

[1] The Ninth Circuit affirmed the sanctions on the bases of Rule 11 and the court’s inherent authority, but not on the basis of 28 U.S.C. § 1927.  (ECF No. 101 at 7-8.)

23-cv-00908-AGS-JLB

by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment.

(b) If the judgment creditor has not caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make the order upon ex parte application of the judgment creditor.

(c) If the judgment creditor has caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make the order if the judgment creditor by affidavit of otherwise shows good cause for the order. The application shall be made on noticed motion if the court so directs or a court rule so requires. Otherwise, it may be made ex parte.

(d) The judgment creditor shall personally serve a copy of the order on the judgment debtor not less than 10 days before the date set for examination. Service shall be made in the manner specified in Section 145.10. Service of the order creates a lien on the personal property of the judgment debtor for a period of one year from the date of the order unless extended or sooner terminated by the court.

(e) The order shall contain the following statement in 14-point boldface type if printed or in capital letters if typed: "NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding."

Cal. Civ. Proc. Code § 708.110(a)–(e). Additionally, California Code of Civil Procedure § 491.150(b) provides:

(b) A person sought to be examined may not be required to attend an examination before a court located outside the county in which the person resides or has a place of business unless the distance from the person's place of residence or place of business to the place of examination is less than 150 miles.

Cal. Civ. Proc. Code § 491.150(b).

**B.      Analysis**

Judgment Creditor requests an order requiring Judgment Debtor to appear and furnish information to aid in enforcement of the money judgment. (ECF No. 106.)

23-cv-00908-AGS-JLB

The docket in this case coupled with the form request signed under penalty of perjury establish the requirements of: (1) California Civil Procedure Code § 708.110(a) that Judgment Debtor owes Judgment Creditor an unpaid debt; (2) California Civil Procedure Code § 708.110(b) that he has not examined Judgment Debtor within the last 120 days; and (3) California Civil Procedure Code § 409.150(b) that Judgment Debtor resides in the county where the court is located.  (*Id*.)

### III.   CONCLUSION

Based on the foregoing, Judgment Creditor's Motion for a Judgment Debtor Exam is **GRANTED**.  Accordingly, **IT IS HEREBY ORDERED**:

1.   Judgment Debtor shall appear on **August 5, 2026,** at **10:00 AM** in the Jury Assembly Room, Room 203, James M. Carter & Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101, to furnish information to aid in enforcement of the money judgment against Judgment Debtor;

2.   Judgment Creditor must personally serve this order upon Judgment Debtor within **ten days** before the date set for the examination and must file a certificate of service with the Court.

**NOTICE TO JUDMENT DEBTOR: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REAONABLE**

//
//
//
//
//
//
//

23-cv-00908-AGS-JLB

**ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**[2]

   **IT IS SO ORDERED.**

Dated:  June 22, 2026

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[2] This notice is furnished pursuant to California Code of Civil Procedure § 708.110(e).

5

23-cv-00908-AGS-JLB